IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL VIELBIG,

      Petitioner,                    No. CIV S-11-2415 GGH P

    vs.

C. GIBSON, Warden,

      Respondent.                <u>ORDER</u>

_____/

        Examination of this action and the court's records reveals that the petitioner has previously filed a petition for relief in the same matter.[1] (No. CIV-S-99-1909 EJG DAD.) Pursuant to Local Rule 190(d), the above-captioned action will be reassigned to the Magistrate Judge who considered the prior petition.

        The parties should be aware that reassigning this action under Local Rule 190(d) merely has the result that the action is assigned to the Magistrate Judge who considered the prior petition; no consolidation of the actions is effected.

---

[1] A court may take judicial notice of court records. See <u>MGIC Indem. Co. v. Weisman</u>, 803 F.2d 500, 505 (9th Cir. 1986); <u>United States v. Wilson</u>, 631 F.2d 118, 119 (9th Cir. 1980). The current petition reads that petitioner is challenging a 1997 sentence of 345 years to life. (Doc. No. 1, p. 1). Because the prior petition was filed in 1999, the undersigned is satisfied that petitioner is challenging the same sentence now as he did in the 1999 petition.

1

Accordingly, IT IS HEREBY ORDERED that:

1. This action is reassigned to Magistrate Judge Drozd for all further proceedings; henceforth, the caption on documents filed in this action shall be shown as No. CIV S-11-2415 DAD; and

2. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: October 13, 2011

      /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:rb
viel2415.190